UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  _____

EVANSTON INSURANCE COMPANY,
an Illinois Corporation,

      Plaintiff,

vs.

DESIGN BUILD INTERAMERICAN, INC.,
a Florida Corporation, and
PILAR PEÑA, individually and as
Plenary Guardian of Alberto Zambrana,
Florida residents,

      Defendants.                  /

## COMPLAINT FOR DECLARATORY RELIEF

Evanston Insurance Company ("Evanston") files this Complaint against Design Build Interamerican, Inc.'s ("Design Build"), for a judicial determination and declaration that there is no coverage for Design Build's claim under an Excess Liability Insurance Policy issued by Evanston to Design Build.

### A.     Jurisdiction

1.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

2.     This is an action for declaratory judgment pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure, in that Evanston seeks the determination of an actual, substantial controversy between the parties as to their respective rights and obligations under an Excess Liability Insurance Policy issued in the Southern District of Florida.

3.     Evanston is an insurance company incorporated in Illinois, with its principal place of business in Illinois.

4.      Upon information and belief, Design Build is a Florida corporation with its primary place of business in Miami-Dade County, Florida.

5.      Upon information and belief, Pilar Peña ("Peña") and Alberto Zambrana ("Zambrana") are husband and wife, and residents of Miami-Dade County, Florida.

6.      As the plaintiffs in the underlying lawsuit styled, *Pilar Peña, as Plenary Guardian of the person and property of Alberto Zambrana v. Design-Build Interamerican, Inc.,* Case No.: 10-37264 CA 6, in the Circuit Court of the Eleventh Judicial Circuit in and for Dade County, Florida (the "Underlying Lawsuit"), Peña is a necessary party to this action.

7.      There is complete diversity of citizenship between Plaintiff and all Defendants.

8.      The amount in controversy in this action exceeds the sum of $75,000, exclusive of interest, attorneys' fees and costs.

B.      Factual Background

9.      Design Build is a general contractor hired by ECU Foods, LLC ("Easy Foods"), to build a food production plant located at 5900 N.W. 97th Avenue, #14, Doral, Florida 33178 (the "Project").

10.      Design Build entered into a subcontract with Royal Plumbing Company ("Royal Plumbing") to provide labor, tools and necessary equipment to complete the plumbing work at the Project.

11.      On April 4, 2008, Zambrana was a delivery man working for Royal Plumbing. While Zambrana was delivering steel pipe to the Project, he was asked to assist with the installation of a three inch pipe to a steam boiler in the ceiling area of the Project.

12.      Zambrana was hoisted up to the ceiling area by a mechanical lift.  After disembarking the lift, Zambrana stepped onto an unsupported drop ceiling that bordered on the

CARLTON FIELDS, P.A.
Miami Tower - 100 Southeast Second Street, Suite 4200 - Miami - Florida  33131-2114 - 305.530.0050
18468238.2

hard ceiling and the lift.

13.     Zambrana fell approximately 20 feet to a concrete floor and suffered severe injuries.

14.     At all material times, Design Build was an insured pursuant to a commercial general liability policy issued by Nautilus Insurance Company ("Nautilus") which provided Design Build with primary liability coverage of $1,000,000.00.  The Nautilus policy is not at issue in this case.

15.     At all material times, Evanston issued an Excess Liability Insurance Policy to Design Build providing $1,000,000.00 in liability coverage, excess of the $1,000,000.00 liability limit of the Nautilus policy (the "Policy").  A copy of the Policy[1] is attached as Exhibit A.

16.     This dispute stems from an insurance claim Design Build made under the Policy, related to the claims asserted in the Underlying Lawsuit.

17.     Evanston denies that the Zambrana work-related injury is covered under the Policy.  Specifically, the Policy contains a Contractors Combination Exclusion eliminating coverage for injury to any employee of an independent contract contracted by Design Build, in this case, Royal Plumbing.  The Contractors Combination Exclusion also eliminates coverage for injury arising out of the acts of any independent contractor or subcontractor, meaning Royal Plumbing.

18.     All conditions precedent to the bringing and maintenance of this claim have occurred, been excused, or otherwise waived.

C.     Count One for Declaratory Judgment

19.     Evanston realleges and incorporates by reference the allegations in paragraphs 1

_____

[1] The Policy number is XMR22699 and the policy period is May 10, 2007 through May 5, 2008.

CARLTON FIELDS, P.A.

Miami Tower - 100 Southeast Second Street, Suite 4200 - Miami - Florida  33131-2114 - 305.530.0050

18468238.2

through 18 herein.

20.      Pursuant to the terms, conditions, exclusions, and endorsements of the Policy, an actual and immediate controversy exists between the parties hereto as to their rights and obligations under the Policy.

21.      Specifically, Evanston believes that the following terms, conditions, exclusions and endorsements exclude coverage for Design Build's claim:

- CONTRACTORS COMBINATION EXCLUSION: "This Endorsement modified insurance provided under the following:

     Claims Made Excess Liability Policy
     Occurrence Excess Liability Policy
     Umbrella Liability Policy

     The exclusions section of the policy is amended and the following is added:

          5.      EMPLOYEES OF INDEPENDENT CONTRACTORS

          The coverage under this policy does not apply to "bodily injury," "property damage," "personal injury," "advertising injury," or any injury, loss or damage sustained by any employee of an independent contractor contracted by you or on your behalf.

          This exclusion also applies to any liabilities assumed under an "insured contract."  Further, where there is no coverage for the named insured, there is no coverage for additional insured as may be included in any underlying policy.

          6.      INDEPENDENT CONTRACTS

          The coverage under this policy does not apply to "bodily injury," "Property damage, "personal injury," "advertising injury," or any injury, loss or damage arising out of acts of independent contractors and/or subcontractors unless you obtain Certificates of Insurance from all independent contractors and/or subcontractors providing evidence of Limits of Liability equal to or greater than the limits provided by underlying general liability policies.

4

CARLTON FIELDS, P.A.
Miami Tower - 100 Southeast Second Street, Suite 4200 - Miami - Florida  33131-2114 - 305.530.0050

18468238.2

- CONTRACTORS COMBINATION EXCLUSION (Coverage Form A): "This Endorsement modified insurance provided under the following:

  Claims Made Excess Liability Policy
  Occurrence Excess Liability Policy
  Umbrella Liability Policy

  The exclusions section of the policy is amended and the following is added:

      5.    EMPLOYEES OF INDEPENDENT CONTRACTORS

      The coverage under this policy does not apply to "bodily injury," "property damage," "personal injury," "advertising injury," or any injury, loss or damage sustained by any employee of an independent contractor contracted by you or on your behalf.

      This exclusion also applies to any liabilities assumed under an "insured contract."  Further, where there is no coverage for the named insured, there is no coverage for additional insured as may be included in any underlying policy.

      6.    INDEPENDENT CONTRACTS

      The coverage under this policy does not apply to "bodily injury," "property damage, "personal injury," "advertising injury," or any injury, loss or damage arising out of acts of independent contractors and/or subcontractors unless you obtain Certificates of Insurance from that independent contractors and/or subcontractors providing evidence of coverage equal to or greater than the coverage provided by underlying general liability policies.

*See* Exhibit A.

22.    Pursuant to the foregoing provisions in the Policy, Design Build's claim is not covered because on April 4, 2008, Zambrana was an employee of Design Build's subcontractor, Royal Plumbing.  The Contractors Combination Exclusion of the Policy does not afford coverage for this type of injury.  Further, in the event it is determined that Zambrana's injuries arose out of Royal Plumbing's acts, Evanston would not owe coverage to Design Build.

CARLTON FIELDS, P.A.
Miami Tower - 100 Southeast Second Street, Suite 4200 - Miami - Florida  33131-2114 - 305.530.0050

18468238.2

23.     Evanston seeks a declaration that Design Build is not entitled to coverage under the Policy for the claims asserted against Design Build in the Underlying Lawsuit.  Without a declaration that there is no coverage pursuant to the CONTRACTORS COMBINATION EXCLUSION of the Policy, there is a substantial likelihood that Evanston will suffer an actual and/or imminent injury.

24.     As a result, there are bona fide actual controversies within the Court's jurisdiction concerning the rights and duties of the parties with respect to the Evanston Policy.

25.     All parties having an interest in the controversy have been joined in this action.

WHEREFORE, Evanston Insurance Company requests entry of a declaratory judgment holding that there is no coverage for Design Build International, Inc.'s claim under the Policy, and that the Court enter such other relief as it deems proper.

Signed this 24th day of March, 2011.

CARLTON FIELDS, P.A.
*Attorney for Markel Re/Evanston Ins. Co.*
100 S.E. Second Street, Suite 4200
Miami, Florida  33131
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055

By:     */s/ Anthony H. Pelle*
        ANTHONY H. PELLE
        Florida Bar No.: 316792
        apelle@carltonfields.com
        MICHELE VARGAS
        Florida Bar No.: 686395
        mvargas@carltonfields.com

CARLTON FIELDS, P.A.
Miami Tower - 100 Southeast Second Street, Suite 4200 - Miami - Florida  33131-2114 - 305.530.0050
18468238.2